KENNETH M. SORENSON
United States Attorney
District of Hawaii

HEIDI TURNER
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Heidi.Turner@usdoj.gov

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | CASE NO. MJ 26-00702 KJM |
| vs. | NOTICE OF DISMISSAL OF CRIMINAL COMPLAINT |
| BERNADETTE ACASO, Defendant. | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of

Hawaii hereby dismisses the Criminal Complaint filed on July 22, 2026, in the above-captioned matter. The reason for the dismissal is that the defendant has been charged by Information filed on August 5, 2026, in Case No. CR 26-00087 RT.

DATED: Honolulu, Hawaii, August 6, 2026.

KENNETH M. SORENSON
United States Attorney
District of Hawaii

By *<u>/s/ Heidi Turner</u>*
HEIDI TURNER
Special Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED : August 6, 2026, at Honolulu, Hawaii.

Rom A. Trader
United States Magistrate Judge

<u>United States v. Bernadette Acaso</u>
Case No. MJ 26-00702 KJM
Notice of Dismissal